Geri N. Kahn (State Bar Number 148536)
geri@gerinkahn.com
465 California Street, Suite 607
San Francisco, CA 94104
(415) 397-5446
(707) 312-8271

Attorney for Plaintiff
Dajuana Banks

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Dajuana Banks,

   Plaintiff,

vs.

Commissioner of Social Security

   Defendant

Case No. **2:24−CV−03237−DMC**

**Stipulation of Extension of Time for Plaintiff to File Motion for Summary Judgment; Order**

Plaintiff, by and through her attorney of record, and Defendant, by and through his attorney of record, hereby stipulate, subject to the approval of the Court, to a 60-day extension of time for Plaintiff's counsel to file a brief in support of his Motion for Summary Judgment, in light of the following:

1. Plaintiff's counsel is a sole practitioner and has other cases with impending deadlines. She has no one else to whom she can delegate the work. She needs additional time to complete the brief.

2. Plaintiff's counsel has emailed Franco Becia, Esq., defendant's counsel. Mr. Becia has indicated that he is agreeable to a 60- day extension of time for counsel to prepare her brief.

3. Should the request be granted, Plaintiff's brief will be due on June 10, 2025, Defendant's reply brief on July 10, 2025, and Plaintiff's optional response brief on July 24, 2025.

Respectfully submitted,

Dated:  April 10, 2025

/s/ Geri N. Kahn
GERI N. KAHN
Attorney for Plaintiff

Dated:  April 10, 2025

/s/ Franco Becia
FRANCO BECIA
Special Assistant United States Attorney
(*By email authorization on April 10, 2025)

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated:  April 11, 2025

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE