Geri N. Kahn (State Bar Number 148536)
geri@gerinkahn.com
465 California Street, Suite 607
San Francisco, CA 94104
(415) 397-5446
(707) 312-8271

Attorney for Plaintiff
Dajuana Banks

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dajuana Banks,<br><br>   Plaintiff,<br><br>vs.<br><br>Commissioner of Social Security<br><br>   Defendant | Case No. **2:24−CV−03237−DMC**<br><br>**Stipulation of Extension of Time for Plaintiff to File Motion for Summary Judgment; Order** |

Plaintiff, by and through her attorney of record, and Defendant, by and through his attorney of record, hereby stipulate, subject to the approval of the Court, to a 21-day extension of time for Plaintiff's counsel to file a brief in support of his Motion for Summary Judgment, in light of the following:

1. Plaintiff's counsel has been steadily working on the brief but the transcript is over 2000 pages, not in consecutive chronological order, and it has taken more time than expected to review the transcript and write the brief.

2. Plaintiff's counsel has emailed Franco Becia, Esq., defendant's counsel. Mr. Becia has indicated that he is agreeable to a 21- day extension of time for counsel to prepare her brief.

3. Should the request be granted, Plaintiff's brief will be due on July 1, 2025, Defendant's reply brief on August 1, 2025, and Plaintiff's optional response brief on August 15, 2025.

Respectfully submitted,

Dated: June 9, 2025

/s/ Geri N. Kahn
GERI N. KAHN
Attorney for Plaintiff

Dated: June 9, 2025

/s/ Franco Becia
FRANCO BECIA
Special Assistant United States Attorney
(*By email authorization on June 9, 2025)

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: June 9, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE