Geri N. Kahn (State Bar Number 148536)
geri@gerinkahn.com
Geri N. Kahn
465 California Street, Suite 607
San Francisco, CA 94104
(415) 397-5446
(707) 312-8271

Attorney for Plaintiff
Dajuana Banks

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dajuana Banks, | Case No. 2:24-cv-03237-DMC |
| Plaintiff | **STIPULATION AND ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. §2412(d)** |
| vs. | |
| Commissioner of Social Security | |
| Defendant | |

IT IS HEREBY STIPULATED, by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees in the amount of SEVEN THOUSAND, TWO HUDNRED DOLLARS ($7,200) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920, 2412(d).

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to counsel Geri N. Kahn. Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees and costs to be made directly to counsel Geri N. Kahn, pursuant to the assignment executed by Plaintiff. Any payments

made shall be delivered to counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or counsel including the Law Office of Geri N. Kahn, Attorney at Law, may have relating to EAJA attorney fees in connection with this action.  This award is without prejudice to the rights of counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

Respectfully submitted,

Dated: April 23, 2026

/s/ Geri N. Kahn
GERI N. KAHN
Attorney for Plaintiff

Dated:  April 23, 2026

/s/ Edmund Darcher
EDMUND DARCHER
Special Assistant United States Attorney
(*By email authorization of Edmund Darcher on
April 23, 2026)

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated:  April 24, 2026



DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE